| | | |
|---|---|---|
| Child A., Matter of (Parent M.) | 2d Dept: 145 AD3d 874 (Proceeding No. 1) | denied |
| Child C., Matter of (Parent M.) | 2d Dept: 145 AD3d 874 (Proceeding No. 2) | denied |
| Crane, Matter of | 2d Dept: 100 AD3d 626 | denied |
| Dopp, Matter of, v State Univ. of N.Y. | 3d Dept: 146 AD3d 1058 | denied |
| Gibbs v Porath | 3d Dept: 145 AD3d 1221 | denied |
| Hanifan v COR Dev. Co., LLC | 4th Dept: 144 AD3d 1569 | denied |
| Hansard v Federal Ins. Co. | 2d Dept: 147 AD3d 734 | denied |
| Johnson, Matter of, v Ellis | App Div, 3d Dept: 2017 NY Slip Op 60375(U) | denied |
| Joyce S., Matter of, v Robert W.S. | 4th Dept: 142 AD3d 1343 | denied |
| Kenyon, Matter of, v Broome County Supreme Ct. | App Div, 3d Dept: 2016 NY Slip Op 95150(U) | denied |
| McCauley, Matter of, v New York State & Local Employees' Retirement Sys. | 3d Dept: 146 AD3d 1066 | denied |
| Ortiz, Matter of, v Zugibe | 2d Dept: 144 AD3d 919 | denied |
| People v Gardner | 2d Dept: 145 AD3d 921 | denied |
| People v Loughlin | 4th Dept: 145 AD3d 1426 | denied |
| People v Noble | 2d Dept: 146 AD3d 824 | denied |
| People v Reber | 4th Dept: 145 AD3d 1627 | denied |
| Plotnick, Matter of, v Sullivan | 2d Dept: 145 AD3d 1018 (Proceeding No. 2) | denied |
| Qualls, Matter of, v Bronx Dist. Attorney's Off. | 3d Dept: 146 AD3d 1213 | denied |
| Ralex Servs., Inc., Matter of, v Shah | 2d Dept: 145 AD3d 1013 | denied |
| Smith, Matter of, v Stewart | 4th Dept: 145 AD3d 1534 | denied* |
| State of New York, Matter of, v Justin D. | 2d Dept: 145 AD3d 735 | denied |
| Sullivan, Matter of, v Plotnick | 2d Dept: 145 AD3d 1018 (Proceeding No. 1) | denied |
| Vivir of L I, Inc. v Ehrenkranz | 2d Dept: 145 AD3d 834 | denied |
| Ward v Safajou | 2d Dept: 145 AD3d 836 | denied |
| Wilson, Matter of, v New York City Hous. Auth. | Sup Ct, NY County, 1/11/17 (90 AD3d 428) | denied |

---

* Motion for poor person relief dismissed as academic or denied.